Rexford A. Johnson, ISB No. 7882
Christopher Cuneo, ISB No. 8557
Jordan L. Stott, ISB No. 9820
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone: (208) 562-4900
Facsimile:  (208) 562-4901
Email: rjohnson@parsonsbehle.com
       ccuneo@parsonsbehle.com
       jstott@parsonsbehle.com

Attorneys for Denison's Publishing, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| DENISON'S PUBLISHING, INC., <br><br> Plaintiff, <br><br> v. <br><br> STAY ALERT MAGAZINE LLC, <br><br> Defendant. | Case No. 1:22-cv-00475-CWD <br><br> **PLAINTIFF DENISON'S PUBLISHING, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff Denison's Publishing, Inc. states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

**PLAINTIFF DENISON'S PUBLISHING, INC.'S CORPORATE DISCLOSURE STATEMENT - 1**

DATED THIS 18th day of November, 2022.

                        PARSONS BEHLE & LATIMER

                        By */s/ Rexford A. Johnson*
                            Rexford A. Johnson
                            Christopher Cuneo
                            Jordan L. Stott

                        *Attorneys for Denison's Publishing, Inc.*

**PLAINTIFF DENISON'S PUBLISHING, INC.'S CORPORATE DISCLOSURE STATEMENT - 2**